# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| Carpenters District Council of Kansas City Pension Fund , et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:16-01063-CV-W-HFS |
| M.S. Consulting, LLC, | ) ) | |
| Defendant. | ) | |

## CLERK'S JUDGMENT

    Jury Verdict.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.   This action came to consideration before the Court.   The issues have been considered and a decision has been rendered.

      It is therefore, ORDERED, ADJUDGED and DECREED that judgment by default is hereby entered against defendant, M.S. CONSULTING, LLC and in favor of plaintiffs, Carpenters District Council of Kansas City Pension Fund, Carpenters Health and Welfare Trust Fund of St. Louis, Carpenters Joint Training Fund of St. Louis, Carpenters Vacation Trust Fund of St. Louis, St. Louis-Kansas City Carpenters Regional Council and their respective Trustees for failure to answer or to plead, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

### COUNT 1
That the plaintiff, Carpenters District Council of Kansas City Pension Fund, have and recover of and from the defendant, for the period **June 24, 2015 through July 29, 2015** –
         $3,246.38 in unpaid fringe benefit contributions;
         $  695.46 as and for liquidated damages;
         $  128.15 representing interest on the unpaid contributions;
         $2,701.19 representing reasonable attorneys' fees,
for a total of $6,771.18; and for their costs herein incurred and expended, and that execution issue therefore.

### COUNT 2
That the plaintiff, Carpenters Health and Welfare Trust Fund of St. Louis, have and recover of and from the defendant, for the period **June 24, 2015 through July 29, 2015** –

$2,675.80 in unpaid fringe benefit contributions;
$  521.59 as and for liquidated damages;
$    96.11 representing interest on the unpaid contributions;
$2,069.00 representing reasonable attorneys' fees,
for a total of $5,362.50; and for their costs herein incurred and expended, and that execution issue therefore.

## COUNT 3

That the plaintiff, Carpenters Vacation Trust Fund of St. Louis, have and recover of and from the defendant, for the period **June 24, 2015 through July 29, 2015 –**

$414.20 in unpaid fringe benefit contributions;
$ 72.44 as and for liquidated damages;
$ 13.35 representing interest on the unpaid contributions;
$287.36 representing reasonable attorneys' fees,
for a total of $787.35; and for their costs herein incurred and expended, and that execution issue therefore.

## COUNT 4

That the plaintiff, Carpenters Joint Training Fund of St. Louis, have and recover of and from the defendant, for the period **June 24, 2015 through July 29, 2015** –

$157.40 in unpaid fringe benefit contributions;
$ 28.98 as and for liquidated damages;
$   5.34 representing interest on the unpaid contributions;
$114.95 representing reasonable attorneys' fees,
for a total of $306.67; and for their costs herein incurred and expended, and that execution issue therefore.

## COUNT 5

That the plaintiff, St. Louis-Kansas City Carpenters Regional Council, have and recover of and from the defendant, for the period **June 24, 2015 through July 29, 2015** –

$750.56 in unpaid fringe benefit contributions;
$130.40 as and for liquidated damages;
$ 24.03 representing interest on the unpaid contributions;
$574.71 representing reasonable attorneys' fees,
for a total of $1,479.70; and for their costs herein incurred and expended, and that execution issue therefore.

PAIGE WYMORE-WYNN, CLERK OF COURT

January 26, 2017

/s/ Paige Wymore-Wynn
by Robin L. Jones, Deputy Clerk