IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 16-01063-CV-W-HFS |
| M.S. CONSULTING, LLC, | )<br>)<br>) |
| Defendant, | ) |
| and | )<br>) |
| DIGGS CONSTRUCTION, LLC, | )<br>) |
| [Serve: Nancy Jochens, Registered Agent<br>1001 East 101st Terrace, Suite 200<br>Kansas City, Missouri 64131] | )<br>)<br>)<br>) |
| Garnishee. | ) |

## PRAECIPE

Please issue a writ of execution in this cause against M.S. Consulting, LLC returnable in thirty (30) days.

Date of Judgment:                      January 26, 2017
Total of Judgment:                      $14,707.40
Interest (0.82%)                         13.88
Balance Due:                            $14,721.28

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

/s/ Michael G. Newbold
Michael G. Newbold, MO No. 25523
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Phone: (816) 421-5788
Fax: (816) 471-5574
Attorneys for Plaintiffs